IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOST REVEREND DAVID A. ZUBIK, *Bishop of the Roman Catholic Diocese of Pittsburgh, as Trustee of the Roman Catholic Diocese of Pittsburgh, a Charitable Trust, ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, *In Her Official Capacity as Secretary of the U.S. Department of Health and Human Services, ET AL.*, <br><br> Defendants. | 13cv1459 <br> **ELECTRONICALLY FILED** |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOST REVEREND LAWRENCE T. PERSICO, *Bishop of the Roman Catholic Diocese of Erie, as Trustee of the Roman Catholic Diocese of Erie, a Charitable Trust, ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> KATHLEEN SEBELIUS, *In Her Official Capacity as Secretary of the U.S. Department of Health and Human Services, ET AL.*, <br><br> Defendants. | 13cv0303 Erie <br> **ELECTRONICALLY FILED** |

**ORDER OF COURT GRANTING PLAINTIFFS' MOTIONS
FOR EXPEDITED PRELIMINARY INJUNCTION
(13-CV-1459: DOC. NO. 4; 13-CV-0303E: DOC. NO. 6)**

Upon consideration of the Motions for Expedited Preliminary Injunction (13-cv-1459:

Doc. No. 4; 13-cv-0303E: Doc. No. 6), their memorandum and affidavits in support and in

opposition, the testimony and evidence received at the Injunction Hearing, the Parties' oral argument during the Preliminary Injunction Hearing and for the reasons set forth in the preceding Memorandum Opinion which includes the Court's Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED that Plaintiffs' Motions for Preliminary Injunction are hereby GRANTED;

IT IS FURTHER ORDERED that Defendants, their agents, officers, and employees, are hereby ENJOINED from applying or enforcing the requirements imposed in 42 U.S.C. § 300gg-13(a)(4) and as further regulated by 45 C.F.R. §147.130(a)(1)(iv) upon the Plaintiffs;

IT IS FURTHER ORDERED that the preliminary injunctions hereby granted shall remain in effect until this Court makes a full determination on the merits of these two cases, or the United States Supreme Court or United States Court of Appeals for the Third Circuit renders a decision on the merits of these cases;

IT IS FURTHER ORDERED that Defendants shall send Notice of these preliminary injunctions to Plaintiffs' Third Party Administrators, Highmark, Inc. and UPMC, on or before December 2, 2013; and

IT IS FURTHER ORDERED that a bond in the amount of zero (0) dollars is appropriate.

SO ORDERED, this 21st day of November, 2013.

Arthur J. Schwab
United States District Court Judge

cc: All Registered ECF Counsel and Parties